UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
J. FREDERICK MOTZ
UNITED STATES DISTRICT JUDGE

101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0782
(410) 962-2698 FAX

February 5, 2016

MEMO TO COUNSEL RE:  Cricket Group, Limited v. Highmark, Inc.
Civil No. JFM-15-3159

Dear Counsel:

I have reviewed the memorandum submitted in connection with defendant's motion to dismiss.

I am satisfied that the conducting of jurisdictional discovery would help me resolve the motion.  Accordingly, I hereby set a deadline of March 23, 2016 for the conducting of jurisdictional discovery.  I ask that defendant submit a supplemental memorandum in support of its motion on or before April 26, 2016.  Plaintiff may file a supplemental motion in opposition to the motion to dismiss on or before May 12, 2016.

Of course, it may be that plaintiff may decide that instead of injecting an unnecessary discovery issue into this case, it would be preferable for plaintiff to voluntarily dismiss this action and file an action in Pennsylvania where jurisdiction appears clear.  That may be the most prudent course to follow.

Despite the informal nature of this letter, it should be flagged as an opinion and docketed as an order.

Very truly yours,

/s/


J. Frederick Motz
United States District Judge